[No. 28145-1-III.   Division Three.   October 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY B. HUBER, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 08-1-00318-2, Michael E. Cooper, J., entered May 29, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.

[No. 28190-6-III.   Division Three.   October 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNY RAY LOOMIS, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 09-1-00054-1, E. Thompson Reynolds, J., entered June 15, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.

[No. 28428-0-III.   Division Three.   October 28, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY MICHAEL BAUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-01348-0, Maryann C. Moreno, J., entered August 18, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 63228-1-I.   Division One.   November 1, 2010.]

*In the Matter of the Marriage of* TRACIE LINN LANG, *Respondent*, and BROOK WESTER LANG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-04818-2, Douglass A. North, J., entered January 22, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Cox and Leach, JJ.